```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

**JAMES B. DAWSON**                                                            **PLAINTIFF**

VS.                                 CIVIL ACTION NO. 3:09-cv-587-WHB-LRA

**JOHN POTTER, Postmaster General,**
**UNITED STATES POSTAL SERVICE**                            **DEFENDANT**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and with the Opinion and Order that granted the Motion of Defendant to Dismiss for lack of subject matter jurisdiction, this case is hereby dismissed without prejudice.

SO ORDERED this the 7th day of April, 2010.

                                                    s/ William H. Barbour, Jr.
                                                    UNITED STATES DISTRICT JUDGE